# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

JOANNE FARRAR,

    Debtor.

_____/

ELIZABETH BEAN,

    Plaintiff/Appellee,

v.

JOANNE FARRAR,

    Defendant/Appellant.

_____/

Case No. 12-11421
Hon. Gerald E. Rosen

Bankr. Case No. 11-41244
Chapter 7
Hon. Marci B. McIvor

Adv. Proceeding No. 11-5347

## **JUDGMENT**

For the reasons set forth in an opinion and order issued by the Court on this date,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Bankruptcy Court's November 30, 2011 order granting Plaintiff's motion for summary judgment and its February 10, 2012 order and accompanying opinion denying Debtor's motion for reconsideration are AFFIRMED in all respects.

Dated: March 29, 2013  s/Gerald E. Rosen
Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135